UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY GUTHRIE, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:11-0462 |
| v. ) | Judge Trauger/Griffin/Brown |
| ) | **Jury Demand** |
| PLASTICARD PLUS, LLC, ) | |
| ) | |
| Defendant ) | |

### O R D E R

A settlement conference was held in this matter on October 10, 2012. The parties were able to reach a resolution satisfactory to both sides. The parties are requested to submit the necessary pleadings within 30 days of the entry of this order to Judge Trauger dismissing this case with prejudice.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge