UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **KIMBERLY GUTHRIE,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PLASTICARD PLUS, LLC,** ) <br> ) <br> Defendant. ) <br> ) | **Case No. 3:11-CV-00462** <br><br> **JURY DEMAND** |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs.

**AGREED AND CONSENTED TO:**

*s/Andy L. Allman, by K. Scarbrough with permission*
Andy L. Allman
*Attorney for Plaintiff*
Andy L Allman & Associates
103 Bluegrass Commons Blvd.
Hendersonville, Tennessee 37075

*s/Katherine Scarbrough*
Mary Dohner Smith
Katherine Scarbrough
Jonathan Yarbrough
*Attorneys for Defendant*
Constangy, Brooks & Smith, LLP
401 Commerce Street, Suite 700
Nashville, Tennessee 37219

2098259.1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following counsel of record for the Plaintiff: **Andy L. Allman, Esq., 103 Bluegrass Commons Blvd., Hendersonville, TN** via the Court's ECF system, on this 15th day of November, 2012.

                                        *s/Katherine Scarbrough*